UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KEITH M. JOHNS**                                    **CIVIL ACTION**

**VERSUS**                                            **NO. 07-9381-ILRL-SS**

**MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY, UNITED STATES
OF AMERICA**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that defendant's cross-motion for summary judgment (Rec. doc. 14) is **GRANTED** and plaintiff's motion for summary judgment (Rec. doc. 11) is **DENIED**.

New Orleans, Louisiana this 13th day of February, 2009.

**UNITED STATES DISTRICT JUDGE**